Argued and submitted July 31, conviction affirmed; remanded for resentencing August 28, 2002

STATE OF OREGON,
*Respondent,*

*v.*

CARMEN E. McCLINTOCK,
*Appellant.*

00P50680; A112380

52 P3d 1110

David E. Groom, Acting Executive Director, Office of Public Defense Services, and Irene B. Taylor, Deputy Public Defender, filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Douglas F. Zier, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Conviction affirmed; remanded for resentencing. *State v. Dikeman*, 152 Or App 37, 952 P2d 564, *rev den* 327 Or 123 (1998).